```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NOAH STERN (CABN 297476)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-7234
    Noah.Stern@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ISAIAS FORBES,<br><br>    Defendant. | NO. CR-16-00514 HSG<br>FORM 12 FILED MAY 21, 2024 |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ISAIAS FORBES,<br><br>    Defendant. | NO. CR-25-00407 YGR<br>INFORMATION FILED NOVEMBER 21, 2025<br><br>NOTICE OF RELATED CASE IN A CRIMINAL ACTION |

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related. Defendant Isaias Forbes is currently under supervision in *United States v. Isaias Forbes,* No. 4:16-cr-00514-HSG.

On May 21, 2024, the Probation Department filed a Form 12 petition that included allegations that Forbes illegally possessed a firearm on or about May 12, 2024, in case number 16-CR-00514 HSG. On November 21, 2025, the government filed an Information charging Forbes with violating 18 U.S.C. § 922(g)(1), felon-in-possession of a firearm and ammunition, which was assigned case number 25-CR-00407 YGR. The charge in the Information is based on the same conduct alleged in the Form 12 petition.

Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same defendant and the same events and occurrences. Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: November 21, 2025                                  Respectfully submitted,

                                                          CRAIG H. MISSAKIAN
                                                          United States Attorney


                                                           /s/
                                                          NOAH STERN
                                                          Assistant United States Attorney