EHRLICH & CRAIG LLP
AMY CRAIG - #269339
amy@ehrlich-craig.com
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Isaias Forbes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ISAIAS FORBES,<br><br>    Defendant. | Case Nos.:<br><br>4:16-cr-00514-HSG<br>4:25-cr-00407-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

The above matters are currently set for a status conference on December 17, 2025, at 2:00 p.m. The parties, the United States Government and Defendant Isaias Forbes, by and through their respective attorneys, jointly request that the status conference in these matters be continued to Wednesday, January 14, 2026, at 2:00 p.m.

This request is being made to allow defense counsel additional time to meet with her client regarding resolutions to both matters. To that end, the parties respectfully request that the status conference in these matters be continued to Wednesday, January 14, 2026, at 2:00 p.m.

//

//

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
*UNITED STATES V. FORBES*
4:16-cr-00514-HSG
4:25-cr-00407-HSG

1  The parties stipulate and agree that excluding time until January 14, 2026, will allow for
2  the effective preparation of counsel, taking into account the exercise of due diligence. The parties
3  further stipulate and agree that the ends of justice served by excluding this period from
4  computation under the Speedy Trial Act outweigh the best interests of the public and the
5  defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).
6  IT IS SO STIPULATED.

DATED:	December 13, 2025	Respectfully submitted,

 /s/ Amy Craig
Amy Craig
Counsel for Defendant
ISAIAS FORBES

DATED:	December 13, 2025	CRAIG MISSAKIAN
United States Attorney

 /s/ Noah Stern
Noah Stern
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
UNITED STATES V. FORBES
4:16-cr-00514-HSG
4:25-cr-00407-HSG

**[PROPOSED] ORDER**

Based on the joint request of the parties, and for good cause shown, the Court HEREBY ORDERS that Defendant Isaias Forbes's status conference, currently set for December 17, 2025, at 2:00 p.m., be continued to Wednesday, January 14, 2026, at 2:00 p.m.

IT IS SO ORDERED.

Dated:

JUDGE HAYWOOD S. GILLIAM, JR.
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
UNITED STATES V. FORBES
4:16-cr-00514-HSG
4:25-cr-00407-HSG